# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 07 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## 1:09-cr-00286-RWS-JFK
## USA v. Owens
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 09/07/2010.

TIME COURT COMMENCED: 9:50 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 4:45

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| DEFENDANT(S): | [1]Dwight Daryl Owens Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Bly representing USA<br>Brian Mendelsohn representing Dwight Daryl Owens |
| PROCEEDING CATEGORY: | Jury Trial Began; Motion Hearing(Motion Hearing Non-evidentiary); |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was not invoked. |
| MOTIONS RULED ON: | DFT#1-[44]Motion in Limine DENIED As Moot<br>DFT#1-[45]Motion in Limine GRANTED<br>DFT#1-[49]Motion in Limine DENIED |
| MINUTE TEXT: | Motion in Limine (Underseal)- Denied as moot. Jury voir dire. Jury selected. Parties opening argument. Witnesses sworn and testified: Seo Ahn (Interpreter Sarah Choe for Seo Ahn sworn); Eun Youl Ok; Denise Lasonde; Clarence Cox. Government exhibits admitted: 1-15, 19, 20, 22, 23. Defendant exhibits admitted: 4, 5-20. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m. on 9/8/2010. Jurors excused until the above time under the usual caution of the Court. |