# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:09-CR-0286-RWS |
| DWIGHT DARYL OWENS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [111] of Magistrate Judge Janet F. King. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Section 2255 Motion [110] is **DISMISSED** and Petitioner is **DENIED** a certificate of appealability.

**SO ORDERED** this  20th  day of October, 2014.

_____
**RICHARD W. STORY**
United States District Judge